**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Nicholas Isaiah Ellis,<br><br>　　　　　　Defendant. | No.  14-4306PO-PCT-ESW<br><br><br><br>**ORDER** |

　　The Defendant appeared in court with counsel.  The Defendant's probable cause hearing was waived and detention hearing was submitted by Defendant through defense counsel.  The Court finds probable cause to believe the Defendant violated the terms of his unsupervised probation as set forth in allegations of the petition.

　　IT IS FURTHER ORDERED that the Defendant is released on previously ordered probation conditions.

　　Dated this 25th day of November, 2015.

_____
David K. Duncan
United States Magistrate Judge